# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>McDonald Ford,<br><br>                      Debtors. | Case No. 25-13103-DJB<br><br>Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

    Please withdraw the Motion to Extend Time to File Schedules, Statements and Related Documents which was filed with the Court on August 18, 2025, as ECF No. 11. Thank you.

Date: August 19, 2025

                                              CIBIK LAW, P.C.
                                              *Counsel for Debtor*

                                              By: */s/ Michael A. Cibik*
                                                    Michael A. Cibik (#23110)
                                                    1500 Walnut Street, Suite 900
                                                    Philadelphia, PA 19102
                                                    215-735-1060
                                                    mail@cibiklaw.com