*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   McDonald E. Ford ) Case No. 25–13103–djb
    )
    )
   Debtor(s). ) Chapter: 13
    )
    )

## ORDER

     AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/2/2025, this case is hereby DISMISSED.

**Date: September 25, 2025**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2
Plan
Schedules A/B
Schedules C
Schedules D
Schedules E/F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Attorney Compensation
Statement of Current Monthly Income (122C1)
Summary of Assets and Liabilities