United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 25-13103-djb
McDonald E. Ford  Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 25, 2025     Form ID: pdf900     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | McDonald E. Ford, 3 Baily Rd, Lansdowne, PA 19050-2817 |
| 15036764 | | Bay Area Credit Services, Permanently closed at reported address, Norcross, GA 30093 |
| 15038553 | + | EF MORTGAGE LLC, Danielle Boyle-Ebersole, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 15044673 | + | Higher ED Loan Auth of MO in C/O ECMC, American Student Assistance (ASA), PO Box 16129, St. Paul, MN 55116-0129 |
| 15036779 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15036784 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15039532 | + | Valon Mortgage, Inc., C/O Lauren M. Moyer, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2025 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Sep 26 2025 00:26:50 | Valon Mortgage, Inc. as Servicer for Bungalow Fund, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| cr | ^ | MEBN | Sep 26 2025 00:26:49 | Valon Mortgage, Inc. as Servicer for Lakeview Loan, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530, UNITED STATES 11530-1631 |
| 15051660 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 00:48:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15036763 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2025 11:02:27 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15036765 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2025 00:45:31 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15036766 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2025 00:45:18 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code LA4-7200, Monroe, LA 71203-4774 |
| 15036767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2025 00:45:40 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15036768 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

Case 25-13103-djb   Doc 23   Filed 09/27/25   Entered 09/28/25 00:38:14   Desc Imaged
                              Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2025 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 26 2025 00:47:59 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15036769 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2025 00:45:19 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15036771 | + | Email/Text: duffyk@co.delaware.pa.us | Sep 26 2025 00:42:00 | Delaware County Tax Claim Bureau, 201 W Front St, Media, PA 19063-2768 |
| 15047087 | + | Email/Text: bankruptcy@bsifinancial.com | Sep 26 2025 00:41:00 | EF Mortgage, LLC, c/o BSI Financial Services, 4200 Regent Blvd., Suite 200, Irving, TX 75063-2240 |
| 15036772 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 26 2025 00:42:00 | Elan Fin Svcs/fidelity, Cb Disputes, Saint Louis, MO 63166 |
| 15036773 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 26 2025 00:42:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 15036774 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 26 2025 00:41:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 15036775 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2025 00:41:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15039533 | + | Email/Text: RASEBN@raslg.com | Sep 26 2025 00:41:00 | JPMorgan Chase Bank, National Assoc., C/O Sherri Dicks, 13010 Morris Rd. Ste. 450, Alpharetta, GA 30004-2001 |
| 15054128 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2025 01:07:09 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15038919 | + | Email/Text: RASEBN@raslg.com | Sep 26 2025 00:41:00 | JPMorgan Chase Bank, National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15036776 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 26 2025 01:06:56 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15036777 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 26 2025 00:42:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15051365 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 26 2025 00:42:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15036778 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 26 2025 00:42:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15036780 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15036781 | ^ | MEBN | Sep 26 2025 00:27:09 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15038018 | ^ | MEBN | Sep 26 2025 00:26:47 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15036782 | | Email/Text: dbogucki@trumark.org | Sep 26 2025 00:42:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15036783 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 26 2025 00:42:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15044927 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 26 2025 00:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 15036785 | + | Email/Text: bankruptcy@valon.com | Sep 26 2025 00:41:00 | Valon Mtg, 9450 Sw Gemini Dr, Beaverton, OR 97008-7105 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15036770 | ## | Delaware County Solid Waste Authority, 1521 N Providence Rd, Media, PA 19063-1039 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor EF Mortgage LLC dboyle-ebersole@hoflawgroup.com ckohn@hoflawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Valon Mortgage Inc. as Servicer for Lakeview Loan Servicing, LLC bkecf@friedmanvartolo.com |
| LAUREN MOYER | on behalf of Creditor Valon Mortgage Inc. as Servicer for Bungalow Funding, LLC bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Debtor McDonald E. Ford help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SHERRI DICKS | on behalf of Creditor JPMorgan Chase Bank National Association sdicks@raslg.com, shrdlaw@outlook.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   McDonald E. Ford )  Case No. 25−13103−djb
)
)
Debtor(s). )  Chapter: 13
)
)

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/2/2025, this case is hereby DISMISSED.

**Date: September 25, 2025**

_____
Derek J Baker
Judge, United States Bankruptcy Court

Missing Documents:
Means Test Calculation 122C2
Plan
Schedules A/B
Schedules C
Schedules D
Schedules E/F
Schedules G
Schedules H
Schedules I
Schedules J
Statement of Attorney Compensation
Statement of Current Monthly Income (122C1)
Summary of Assets and Liabilities